UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Huber, Douglas J. Huber and Dorothy Huber,

Plaintiffs,

v.

Leather Medic, Inc.,

Defendant.

Court File No. 01-50 ADM/AJB

**STIPULATION** and ORDER

It is hereby stipulated and agreed, by and between plaintiffs and defendant, through their respective undersigned counsel as follows:

1. The time for defendant to answer or otherwise plead in response to the complaint in the above proceeding may be hereby is extended through March 27, 2001.

2. The Court is hereby authorized to enter an order consistent with this stipulation.

Dated: March 20, 2001

Alan I. Silver (License #101023)
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Tel. (612) 376-1634

*Attorneys for Defendant*

Dated: 22 MARCH Ø1

Scott K. Goldsmith (License #35956)
Goldsmith & Associates, Ltd.
800 Marquette Plaza East
Minneapolis, MN 55402
(612) 340-9500

*Attorneys for Plaintiffs*

FILED MAR 28 2001

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the time for defendant to answer or otherwise plead in response to the complaint in the above proceeding is hereby extended through March 27, 2001.

Dated: 3/26/01

Arthur J. Boylan
United States Magistrate Judge