**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David Huber, Douglas J. Huber, and
Dorothy Huber,

Plaintiffs,

v.

Leather Medic, Inc.,

Defendant.

**INTERIM ORDER**
Civil No. 01-50 ADM/AJB

---

Scott K. Goldsmith, Esq., Goldsmith & Assoc., Minneapolis, MN, appeared for and on behalf of the Plaintiffs.

Alan I. Silver, Esq., Bassford Lockhart Truesdell & Briggs, Minneapolis, MN, appeared for and on behalf of the Defendant.

---

Pending further Order of the Court, Defendant Leather Medic, Inc. will not make any efforts to contact suppliers in the leather repair industry with regard to the plaintiffs. If inquiry is made to the defendant by a supplier, the supplier will be told to assert its own independent business judgment regarding sales to the plaintiffs.

An expedited settlement conference will be scheduled before Magistrate Judge Arthur Boylan within the next two weeks. The attorneys are to schedule the conference before Judge Boylan and secure the attendance of the requisite parties for settlement.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2001

May 1, 2001
FILED ~~APR 3 0 2001~~
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________