UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Huber, Douglas J. Huber and Dorothy Huber,

Plaintiffs,

vs.

Leather Medic, Inc.,

Defendant.

Civ. No. 01-50 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above action, through their respective counsel, hereby stipulate and agree that the above matter may be dismissed with prejudice and without costs to any party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 10

Alan I. Silver (License #101023)
Christopher R. Morris (License #230613)
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 376-1634

*Attorneys for Defendant*

Dated: 10 AUGUST 01

Scott K. Goldsmith (License #35956)
Goldsmith & Associates, Ltd.
2350 Metropolitan Centre
333 South 7th Street
Minneapolis, MN 55402
(612) 340-9500

*Attorneys for Plaintiffs*

FILED AUG 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, it is hereby Ordered that the above proceeding is hereby dismissed with Prejudice and without costs to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

BY THE COURT:

Ann D. Montgomery
United States District Judge

Dated: August 15, 2001